UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD CARPENTER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 4:07CV1611-DJS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on July 17, 2008, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #11] is accepted and adopted.

Dated this   7th    day of August, 2008.

                              /s/Donald J. Stohr
                              UNITED STATES DISTRICT JUDGE